UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELIZABETH A. DESALVO**                                                                                  **PLAINTIFF**

V.                          No. 4:22-CV-00522-JM-JTR

**KILOLO KIJAKAZI,**
**Commissioner of Social Security Administration**                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered for the Defendant.

DATED this 16th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE